UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v. 3:26-CR-163 (SVN)

DAWN DUNPHY

# RESTITUTION ORDER

## I. Restitution Liability

### A. Restitution Amount

The Defendant, Dawn Dunphy, shall pay restitution in the amount of $6,762.77 pursuant to 18 U.S.C. § 3663(a)(3).

☐ This amount includes ______________________ in prejudgment interest.

### B. Identification of Victims

Restitution shall be paid to the victim(s) identified in Schedule A attached hereto in accordance with 18 U.S.C. § 3664(i).

## II. Interest (Check One) and Penalties

☑ All interest is waived.

☐ The Defendant shall pay interest on any restitution amount of more than $2,500.00, unless restitution is paid in full before the fifteenth day after the date of the judgment, unless directed as follows: ______________________.

☑ All penalties are waived by the Government pursuant to 18 U.S.C. § 3612(h).

## III. Time and Method of Payment

Pursuant to 18 U.S.C. §§ 3572 and 3664(f)(2), in consideration of (1) the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; (2) projected earnings and other income of the Defendant; and (3) any financial obligations of the Defendant, including obligations to dependents, the Defendant is hereby ordered to pay restitution in the manner and according to the schedule that follows:

A. The total amount of restitution, $6,762.77, is due and payable immediately.

B. If the Defendant is unable to pay the total amount of restitution in lump sum, any remaining balance is payable at a rate of not less than $376.00 per month for the 18-month period that the Defendant is participating in the Pretrial Diversion Program. The monthly payment schedule may be adjusted based on the Defendant's ability to pay as recommended by the Probation Office and approved by the Court.

## IV. Payment Instructions

The Defendant shall make payment to the Clerk of Court. Payment may be made in the form of cash, check or money order. All payments by check or money order shall be made payable to the "Clerk, United States District Court," and each check shall be delivered to the United States District Court, Attention: Clerk's Office, 450 Main Street, Hartford, Connecticut 06103 as required by 18 U.S.C. § 3611. The Defendant shall write the docket number of this case on each check delivered to the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. Payments can be made through Pay.gov, using a checking or savings account (ACH) or credit, debit, and prepaid cards. Before making payments on-line, debtors should self-enroll on the Pay.gov. Instructions on how to self-enroll and make payments on-line are on the court's website at: http://www.ctd.uscourts.gov/payment-information.

The Clerk shall distribute restitution payments to the victims identified in this order in accordance with the District's Standing Order on the Disbursement of Restitution Payments by the Clerk of Court.

## V. Additional Provisions

The Defendant shall notify the Court, the United States Probation Office (during the period of the Pretrial Diversion Program) and the United States Attorney's Office, of any material change in the Defendant's economic circumstances that might affect the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

The Defendant shall notify the Court, the United States Probation Office (during the period of the Pretrial Diversion Program), and the United States Attorney's Office, of any change in address.

The Defendant shall apply to any restitution still owed the value of any substantial resources from any source the defendant receives during the period of the Pretrial Diversion Program, including inheritance, settlement or other judgment in accordance with 18 U.S.C. § 3664(n).

It is so ordered. Dated at Hartford, Connecticut, this 30th day of October, 2026.

Sarala V. Nagala

Digitally signed by Sarala V. Nagala
Date: 2026.10.30 08:43:57 -04'00'

HONORABLE SARALA V. NAGALA
UNITED STATES DISTRICT JUDGE

## **SCHEDULE A**

**Identification of Victims**

The Clerk of Court shall send restitution payments to the following victims at the following addresses, and include with each payment reference to the case name and docket number:

1. Anthem Blue Cross Blue Shield: $3,414.32
   Anthem, Inc.
   John M. Russo, Sr., Associate General Counsel
   108 Leigus Road
   Wallingford, CT 06492
   ATTN: Carmen Hedge

2. The Connecticut Medicaid Program: $1,700.37
   Commission, Department of Social Services
   55 Farmington Avenue
   Hartford, CT 06105

3. Medicare: $1,648.08
   CMS
   Division of Accounting Operations
   P.O. Box 7520
   Baltimore, MD 21207-0520